United States District Court
Southern District of Texas
**ENTERED**
March 01, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID BRACHER, | § | |
| | § | |
| Plaintiff(s), | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-3857 |
| | § | |
| WRIGHT NATIONAL FLOOD | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant(s). | § | |

### DOCKET CONTROL ORDER

This case will be controlled by the following schedule.

### DEADLINES

1. _None allowed_ — **MOTIONS TO AMEND THE PLEADINGS**

2. _None allowed_ — **MOTIONS TO ADD NEW PARTIES** The attorney causing the addition of new parties will provide copies of this order and all orders previously entered in the case to new parties.

3. _N/A_ — **MOTION TO CERTIFY CLASS** The party seeking certification will file a motion and supporting memorandum by this date.

4. _Aug. 30, 2019_ — Identification of experts by the party with the burden of proof on the issue and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).

5. _Oct. 4, 2019_ — Identification of responsive experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).

6. **Oct. 25, 2019** COMPLETION OF DISCOVERY Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

7. _____ LIMITS ON DISCOVERY
_____
_____.

8. **Required** MEDIATION or SETTLEMENT CONFERENCE BEFORE THE MAGISTRATE JUDGE Dispositive motions will be due thirty (30) days after the mediator or magistrate judge declares an impasse.

9. **See ¶ 8 above** DISPOSITIVE MOTIONS

10. **Nov. 8, 2019** ALL OTHER PRETRIAL MOTIONS INCLUDING MOTIONS IN LIMINE

11. **Dec. 6, 2019** JOINT PRETRIAL ORDER Plaintiff is responsible for timely filing the complete joint pretrial order. The court will not accept separate versions of the pretrial order.

12. **Dec. 13, 2019**
    3:00 P.M.
    DOCKET CALL No instrument filed within seven days of docket call will be considered. All pending motions may be ruled on at docket call, and the case will be set for trial if the complete joint pretrial order has been filed.

MARCH 1, 2019
DATE

SIM LAKE
UNITED STATES DISTRICT JUDGE