UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVID BRACHER,<br><br>  *Plaintiff*,<br><br>v.<br><br>WRIGHT NATIONAL FLOOD INSURANCE COMPANY,<br><br>  *Defendant.* | Civil Action No.: **4:18-cv-03857** |

**RE:** *Bracher v. Wright National Flood Insurance Company*, **4:18-cv-03857, Agreed Plaintiffs and Defendant's Request to Refer Case to Mediation with United States Magistrate Judge Andrew Edison**

Dear Judge Lake:

The parties to the above-referenced civil case are interested in participating in a settlement conference. Accordingly, the parties request that the Court refer this case to United States Magistrate Judge Andrew M. Edison for purposes of mediation only.

              **Law Office of Shane McClelland**

              By: */s/ Shane McClelland*
              Shane McClelland
              State Bar No. 24046383
              Southern District Bar No. 642324
              *Attorney-in-Charge for Plaintiffs*
              440 Cobia Drive, Ste. 101
              Katy, Texas 77494
              Phone: (713) 987-7107
              Fax: (832) 827-4207
              Email: Shane@hmtrial.com

              */s/ Alexander S. de Witt*
              Alexander S. de Witt

Virginia State Bar No. 42708
Federal I.D. No. 3087027
FREEBORN & PETERS LLP
901 East Byrd Street, Suite 950
Richmond, VA 23219
Telephone:     (804) 644-1300
Facsimile:      (804) 644-1354
E-mail: adewitt@freeborn.com

Bradley K. Jones
Texas State Bar No. 24060041
Federal ID No. 931122
BAKER & HOSTETLER, LLP
811 Main Street, Suite 1100
Houston, Texas 77002
Telephone:     (713) 751-1600
Facsimile:      (713) 751-1717
E-mail:  bkjones@bakerlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVID BRACHER,<br><br>*Plaintiff*,<br><br>v.<br><br>WRIGHT NATIONAL FLOOD INSURANCE COMPANY,<br><br>*Defendant*. | Civil Action No.: **4:18-cv-03857** |

## **ORDER**

Plaintiff and Defendant have requested that this matter be referred for a settlement conference with United States Magistrate Judge Andrew M. Edison. Accordingly, this case is referred to United States Magistrate Judge Andrew M. Edison for purposes of mediation only.

_____
United States District Court Judge